UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SABAL TRAIL TRANSMISSION, LLC,

    Plaintiff,

v.                                    Case No: 5:16-cv-222-Oc-30PRL

7.09 ACRES OF LAND IN SUMTER
COUNTY FLORIDA, SHARON
MORGAN VOLLRATH and UNKNOWN
OWNERS,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Voluntary Dismissal Without Prejudice (Dkt. #23). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of September, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record